Nos. 95 and 96. J. L. Prescott Co. *v.* Procter & Gamble Co. October 9, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. Mr. Justice Stone took no part in the

558

consideration and decision of this application. *Mr. Harry D. Nims* for petitioner. *Messrs. Marston Allen, Frank F. Dinsmore, Thos. G. Haight,* and *Drury W. Cooper* for respondent.